IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| ELIZABETH RICHARDS AND | § | |
|---|---|---|
| MARCUS TYRELL GAY, SR. | § | |
| **Plaintiffs** | § | |
| | § | |
| V. | § | No. 5:14CV111 |
| | § | |
| TROOPER CHARLES CANNON, ET | § | |
| AL. | § | |
| **Defendants** | | |

## MEMORANDUM ORDER ADOPTING
## REPORT AND RECOMMENDATION

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the magistrate judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections to the Report and Recommendation were filed. The Court is of the opinion that the findings and conclusions of the magistrate judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Defendant State of Texas' Motion to Dismiss (Dkt. No. 28) is **GRANTED.** It is further

**ORDERED** that Plaintiffs' claims against the State of Texas pursuant to 42 U.S.C. § 1983 are **DISMISSED**.

**So ORDERED and SIGNED this 26th day of February, 2015.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE